O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-3486-AHM (FFMx) | Date | April 21, 2008 |
|---|---|---|---|
| Title | GIANNI VERSACE SpA v. EDMOND NAHOURAY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Felipa R. Richland | Gabriel A. Espinosa |

**Proceedings:**   Status Conference

Cause called; appearances made.

Court orders the dates as indicated on the Further Scheduling and Case Management Order filed this date.

**Make JS-5**

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | SMO |