O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3486 AHM (FFMx) | Date | August 22, 2008 |
|---|---|---|---|
| Title | GIANNI VERSACE SpA v. EDMOND NAHOURAY, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

After business hours on August 18, 2008, Defendant Edmond Nahouray electronically filed a motion for summary judgment as to all claims against him. On August 20, 2008, Plaintiff Gianni Versace SpA filed an objection to Defendant's motion on the grounds that it was untimely filed and filed without compliance with Local Rule 7-3. According to the Court's scheduling order dated April 21, 2008, the deadline for filing motions other than motions *in limine* was August 4, 2008. Defendant has not responded to Plaintiff's objections or otherwise explained why his summary judgment motion was filed so late. The Court therefore STRIKES the motion.[1]

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 46.