O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3486 AHM (FFMx) | Date | October 20, 2008 |
|---|---|---|---|
| Title | GIANNI VERSACE SpA v. EDMOND NAHOURAY, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has reviewed the proposed Final Pretrial Conference Order and the parties' trial briefs, witness lists and exhibit lists. Some of the submissions fail to meet the requirements of Local Rule 16 and the Court's Scheduling and Case Management Order. The Court hereby ORDERS:

1.   The parties shall jointly file a "Revised Final Pretrial Conference Order." The parties must heed the Court's requirements concerning the statement of affirmative defenses (section 7) by listing the elements of each affirmative defense and the key evidence Defendants rely on for each element of the defense. The parties must also consider whether Affirmative Defense No. 1 ("Goods Not Substantially Similar") is a defense that will be pursued at trial, considering the absence of any copyright claim. Finally, the parties shall fully list the factual and legal issues in dispute (section 8) in accordance with the Court's Scheduling and Case Management Order, pages 10-11. A WordPerfect-compatible version should be delivered via email to chambers.

2.   The parties shall jointly file a single Revised Witness List and a single Revised Exhibit List separately identifying with an asterisk those witnesses and exhibits they will call or use only if the need arises, as required by L.R. 16-5 and Fed. R. Civ. P. 26(3)(A). Plaintiff shall include impeachment and rebuttal witnesses. Defendants must fully and precisely identify witnesses as required by the rules.

//

//

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3486 AHM (FFMx) | Date | October 20, 2008 |
|---|---|---|---|
| Title | GIANNI VERSACE SpA v. EDMOND NAHOURAY, *et al.* | | |

These documents must be filed by Friday, October 24, 2008.

: 

Initials of Preparer    SMO