O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3486 AHM (FFMx) | Date | October 23, 2008 |
|---|---|---|---|
| Title | GIANNI VERSACE SpA v. EDMOND NAHOURAY, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court has reviewed the parties' stipulation dated October 22, 2008 and ORDERS that the Final Pre-Trial Conference currently set for October 27, 2008 is continued to November 3, 2008 at 11:00 a.m.  The parties shall file the Revised Final Pretrial Conference Order, Witness List and Exhibit List by October 31, 2008 at 9:00 a.m.

Furthermore, the Court intends to deny Plaintiff's Motion *in Limine* # 1, on the condition that Mr. Nahouray sit for a deposition of no more than 2 hours concerning the shirts at issue in this case and on the condition that he pay for the deposing attorney's fees and cost of the transcript.  If this condition is not met, the Court will preclude Mr. Nahouray from testifying in any regard about the shirts.  The Court therefore advises the parties to conduct this deposition as soon as possible.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |